AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT

for the

District of New Mexico   ▾

In the Matter of the Search of
*(Briefly describe the property to be searched*
*or identify the person by name and address)*

INFORMATION ASSOCIATED WITH THE CELLULAR
DEVICE ASSIGNED CALL NUMBER (408) 203-9104

)
)
)
)
)
)

Case No.   **23mr1707**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, attached hereto and incorporated herein by reference.

located in the                          District of          New Jersey          , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, attached hereto and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

❏ property designed for use, intended for use, or used in committing a crime;

❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | Mail Fraud |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1957 | Engaging in Mon. Transactions in Prop. Derived from Specified Unlawful Activity |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

❏ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Grant D. Nixon - FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
electronically submitted and telephonically sworn   *(specify reliable electronic means)*.

Date:   August 31, 2023

*Judge's signature*

City and state:   Albuquerque, New Mexico

John F. Robbenhaar, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEWMEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (408) 203-9104 | Case No. _____ <br><br> **Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Grant D. Nixon, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain cellular telephone assigned call number (408) 203-9104, ("the SUBJECT PHONE"), that is stored at premises controlled by Verizon, a wireless telephone service provider headquartered at 180 Washington Valley Road Bedminster, New Jersey 07921. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require Verizon to disclose to the government copies of the information further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.  I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been employed in this capacity for over eight years. I am currently assigned to the Albuquerque Division of the FBI, White Collar Crime Squad, and have primary investigative responsibility for public corruption and financial crimes. Throughout my career as a Special Agent with the FBI, I have conducted investigations involving financial crimes to include

cases involving wire fraud, mail fraud, money laundering, and theft from the United States Government (USG).

2.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  I have only set forth the specific facts that I believe are necessary to establish probable cause to search the information described in Attachment A for the items described in Attachment B.

3.     Based on the facts set forth in this affidavit, I submit there is probable cause to believe that violations of 18 U.S.C. § 1341: Mail Fraud; 18 U.S.C. § 1343: Wire Fraud; and 18 U.S.C. §1957 Money Laundering have been committed by John Lopez (Lopez) and others known and unknown to me. I submit there is also probable cause to search the information described in Attachment A for the subscriber information and historical location of Lopez's cell phone as further described in Attachment B.

## JURISDICTION

4.     This Court has jurisdiction to issue the requested warrant because the application is sought pursuant to 18 U.S.C. § 2703, and the Court is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "any district court of the United States . . . that – has jurisdiction over the offense being investigated."  18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

5.     The FBI is conducting an investigation of Mail Fraud, Wire Fraud, and Money Laundering scheme in the District of New Mexico and elsewhere.  During this investigation, agents

identified John Lopez (Lopez) as the leader of the investment scheme further described in this affidavit. Lopez represents himself to be the President and Founder of Personal Money Management Company (PMMCO). Lopez conducts his investment fraud scheme individually and through the company name PMMCO.

Identifiers and addresses associated with Lopez and PMMCO

6.      Lopez represents himself as the president and founder of PMMCO. Lopez, Year of Birth (YOB) 1951, resides at 2939 E. Matterhorn Drive Flagstaff, Arizona 86004.

7.      I submit there is probable cause to believe, for the reasons detailed below, that Lopez has used and likely continues to use the SUBJECT PHONE since at least August 2021.

8.      As part of its investigation into Lopez, the FBI used Cooperating Witnesses (CW). In August 2021, two cooperating witnesses called the SUBJECT PHONE and a person identifying himself as Lopez answered.  The CWs are considered reliable because many of their interactions over the SUBJECT PHONE were recorded, CWs received documents from Lopez that were reviewed, and information obtained from CWs was corroborated.  Your affiant has listened to the phone call recordings with the CWs and also interviewed Lopez personally in the past.  The voice on the recordings identifying himself as Lopez is consistent with the voice of Lopez your affiant interviewed personally.

9.      As part of the investigation, your affiant and other FBI employees reviewed Lopez's financial statements.  Although bank records reviewed by your affiant show the last payment to Verizon from Lopez identified by the FBI for the SUBJECT PHONE was September 2, 2022, I submit there is probable cause to believe Lopez is still using the telephone number. As more fully described below, from January 2023, to June 2023, Lopez represented to investors in multiple emails that his cellular telephone phone number was 408-203-9104, the number

connected to the SUBJECT PHONE.  In addition, on approximately August 2, 2023, an FBI employee performed an open-source search, which revealed Lopez's cellular telephone number was 408-203-9104, the number connected to the SUBJECT PHONE. An FBI employee performed an open source search and no additional cell phone numbers were associated with Lopez. Other numbers provided in open source linked to Lopez appeared to be landlines.

10.     Based on my training and experience, individuals typically carry cell phones on their person and/or have them nearby.

11.     Yolanda Avina, YOB 1963, was an office manager employed by Lopez. Your affiant interviewed Avina in or about October 2022. Avina's last day working for Lopez or PMMCO was October 7, 2022.

Investigation

12.     In July 2021, an investment advisor for New York Life, RM, contacted the Albuquerque Division of the FBI regarding Lopez and PMMCO. RM stated Lopez offered investment returns that were suspiciously high. For example, Lopez offered one year certificate of deposits with a guaranteed 10% yield. While Lopez could be considered a competitor to RM, your affiant considers the information RM provided to be reliable because much of the information was corroborated through recordings and/or documents obtained in the investigation.

13.     The FBI investigation revealed that Lopez solicited investors to invest with PMMCO from New Mexico, Arizona, and other states. Lopez represented that PMMCO had been in business over 30 years and offered multiple types of investments. Lopez represented that PMMCO was able to obtain guaranteed returns and higher rates of returns than the market by making trades using an investment model he created years ago. However, Lopez's personal and PMMCO (DBA) accounts did not reveal trading and/or returns as consistent with Lopez's

representations. Rather Lopez's personal and PMMCO's (DBA) accounts revealed a comingling of investors' money, investors' money being spent at coin shops, to include Route 66 Coin and Collectibles ("Route 66")[1], payments to other investors, transfers to Lopez's personal Charles Schwab investment account, currency withdrawals, and/or transfers to Lopez's personal accounts. In 2021, the FBI sought and obtained federal search and seizure warrants for Lopez's residence, PMMCO's office, and storage units.

14.     On November 9, 2021, the FBI executed search warrants at PMMCO's place of business located at 2677 7th Ave Ste 2 Flagstaff, Arizona 86004, and at Lopez's personal residence located at 2939 E. Matterhorn Drive Flagstaff, Arizona 86004. On November 10, 2021, the FBI executed a search warrant at  self-storage units with an address at 2500 East Huntington Drive, Flagstaff, Arizona 86004, units 206 and 202B. The FBI also executed multiple seizure warrants of accounts. Pursuant to the warrants, the FBI seized cash, financial accounts, and precious metals; the estimated value of the seized assets was  approximately $15 million on November 9, 2021. In April 2022, the United States filed a Civil Forfeiture complaint in 22cv283 against many of the seized assets.

15.     During the execution of the aforementioned search warrants, agents seized precious metals from a safe in PMMCO's office. Agents seized precious metals from various locations at Lopez's personal residence to include from two safes in Lopez's garage. Lastly agents seized precious metals from a self-storage unit connected to Lopez and PMMCO, which was secured by a padlock. On or about October 18, 2021, documents purporting to be account statements that Lopez periodically generated or caused to be generated, represented that PMMCO client account values were collectively worth approximately $39 million.  On or about May 31, 2022, documents

---

[1] Route 66 was previously American Bullion & Coin LLC (ABC), in 2021, ABC was closed and then Route 66 opened.

purporting to be account statements that Lopez periodically generated or caused to be generated, represented that PMMCO client account values were collectively worth approximately $49.7 million.[2]

16.     Subsequent to the execution of search warrants in November 2021, Lopez continued to solicit new investors. Your affiant reviewed Lopez's personal and PMMCO (DBA) bank records which showed from on or about November 10, 2021, continuing to approximately April 22, 2022, Lopez received approximately $2 million dollars from clients.

17.     Your affiant reviewed Lopez's personal and PMMCO (DBA) bank records which revealed from on or about November 10, 2021, continuing to approximately May 13, 2022, Lopez spent approximately $1 million of those funds at Route 66.

18.     Your affiant reviewed Lopez's personal and PMMCO (DBA) bank records which revealed from on or about November 10, 2021, continuing to approximately August 31, 2022, Lopez disbursed approximately $903,000 to PMMCO clients representing that the funds originated from their individual PMMCO accounts and/or from purported investment gains.   Lopez represented to at least one client that Lopez was paying clients with Lopez's personal funds.

19.     On December 20, 2022, Lopez was indicted in the District of New Mexico on 11 counts of 18 U.S.C. § 1341: Mail Fraud and 16 counts of 18 U.S.C. § 1343: Wire Fraud. Lopez's initial appearance was on January 4, 2023.  *See United States v. Lopez*, 22-cr-2053 MLG (D.N.M. 2022) (Doc. 2).

Post-Indictment Investigation

---

[2] Included in the $49.7 million representation was the purported value of investors PA and JF account values discussed below.   The statements included in the $49.7 million had some quarter end statements of clients of March 2022, and some month end May 2022.

20.     Subsequent to the indictment on December 20, 2022, Lopez continued to collect money from investors, solicit at least one new investor, provide account statements to some investors, and provide payments to some investors.  Lopez also continued to buy and sell precious metals.

*NA new investor*

21.     On June 1, 2023, Agents interviewed investor NA who resides in New Mexico. Your affiant was unable to locate any information showing that NA invested with Lopez prior to January 4, 2023.

22.     NA told agents NA understood that Lopez invested money and moved it around based on the economy. NA knew that Lopez invested NA's money in precious metals, specifically U.S. Eagle coins. NA did not know where Lopez stored NA's coins. NA was not aware Lopez had been charged criminally for fraud in December 2022. NA stated had NA known Lopez was criminally charged, NA would have asked a lot more questions prior to investing with Lopez. NA did not know what Route 66 was. NA was unaware Lopez signed NA's investment check over to Route 66 NA stated had NA known Lopez signed over the investment check to Route 66, NA would have had a lot more questions.

23.     On January 30, 2023, Lopez emailed NA a client agreement and new account information sheet ("Agreement").  NA selected the "All Weather Strategy Investment" from the options on the Agreement. **Exhibit 1** (attached) is the Agreement Lopez provided NA. This Agreement is similar to the client agreement and account information sheet Lopez sent to investors prior to the indictment and search warrants.  A difference is that this Agreement states that for all investments Lopez and PMMCO offer, they are purchasing American Silver Eagle Coins.  As detailed below, the Agreement represents similar to Agreements sent to earlier investors, among

other things that for 30 years PMMCO has offered a variety of quality financial and investment products. The Agreement lists similar investment options that Lopez offered to earlier investors. The Agreement describes the "All Weather Strategy Investment" that steadily gained in value over its date of inception consistently beating most US stock market indexes by a substantial margin, which is similar to the description provided to investors prior to the indictment and search warrants.

24.     **Exhibit 1**, more particularly, makes the following representations:

    a.  For more than 30 years, PMMCO has offered a variety of quality financial and investment products and services.

    b.  …At the present time the stock and bond markets are experiences slow-motion market crashes and the value of the US dollar continues to decline because of rising inflation. In light of this situation, we are purchasing American Silver Eagle coins for all the investments we offer. In this way, client's money will be protected from market losses and the purchasing power of their money will be preserved.

    c.  The All Weather Strategy Investment…This strategy seeks to benefit from the stock market volatility whether the stock market is rising or declining. Precious metals may also figure into this investment strategy. This investment fund has steadily gained in value over its date of inception consistently beating most US stock market indexes by a substantial margin. Like the stock market itself, the year-over year returns may vary substantially when compared to the 'Certificate of Deposit' option which offers a guaranteed 10% yield…

25.     According to NA she invested approximately $13,000 with Lopez in approximately January or February 2023.   Also according to NA, Lopez confirmed he received her funds.

26.     On approximately March 17, 2023, a check dated February 22, 2023, for benefit of NA, in the amount of $13,258.06 was deposited into Route 66's bank account.

27.     Your affiant reviewed the receipt 07724 from Route 66 dated March 13, 2023; the top of the receipt said "John Lopez." NA's check was combined with other investors' checks to purchase American Silver Eagle Coins totaling $50,000 from Route 66.

***Statements provided***

28.     Since being indicted in December 2022, Lopez continued to email investors or cause emails to be sent to investors; the emails included account statements and/or investment fund updates. The below Exhibits are account statements or updates provided to investors.

**Exhibit 2**

29.     On approximately April 28, 2023, Lopez provided PA, who resides in New Mexico, an account summary statement via email. The email was signed "Thanks, John" and had a cell phone number listed as 408-203-9104, the number connected with SUBJECT PHONE.

30.     PA's account balance was previously incorporated into the approximate $49 million total account value calculation on May 31, 2022.   As such, your affiant submits there is probable cause that Lopez is continuing to provide inflated statement balances to investors, as the investigation has not revealed assets coinciding with the purported balances Lopez represents to clients.

**Exhibit 3**

31.     On approximately January 24, 2023, Lopez provided JF an account summary statement via email. The email was signed "Thanks, Pat"[3] and had a cell phone number listed as 408-203-9104, the number connected with SUBJECT PHONE. JF's account statement had an

---

[3] During the investigation, it has become aware to your affiant that Lopez also goes by "Pat."

"All-Weather Strategy Fund Top Market Index/Sector/Company Holdings by month for 2023. The Market Index/Sector Positions included S&P 500 Index ETF, New York Composite Index ETF, Russel 2000 Index ETF, Midcap 400 index ETF, Physical Silver Trust, Physical Gold Trust, and multiple other ETFs.

32.     JF's account balance was previously incorporated into the approximate $49 million total account value on May 31, 2022. As such, I submit there is probable cause that Lopez is continuing to provide inflated statement balances to investors, as the investigation has not revealed assets coinciding with the purported balances Lopez represents to clients.

33.     On January 4, 2023, your affiant interviewed JF. Lopez told JF that investors' money was frozen in an account. However, Lopez was able to continue to invest the money and make it grow. Lopez told JF he could not add or withdraw money though.

**Exhibit 4**

34.     On approximately January 10, 2023, Lopez emailed an investment performance summary for December 2022 to investor JR.  The email was sent to multiple investors. Lopez provided commentary on the market and the purported investment performance for his clients. The email was signed "thanks, John Lopez" and had a cell phone number listed as 408-203-9104, the number connected with SUBJECT PHONE.

**Exhibit 5**-

35.     On approximately June 8, 2023, Lopez emailed commentary to investor CB The email was sent to multiple investors.  The email was signed "thanks, John Lopez" and had a cell phone number listed as 408-203-9104, the number connected with SUBJECT PHONE.

Precious Metals Seized and not found During the Search Warrants

36.     As noted above, on November 9 and 10, 2021, FBI executed search warrants on various properties connected with Lopez and PMMCO.  As part of that process, FBI seized precious metals valued at approximately $14.2 million on November 9, 2021.

37.     In October 2022, your affiant interviewed Avina, John Lopez's former office manager. Avina stated that Marion Lopez, Lopez's late wife, and Lopez told her the FBI did not find all the precious metals during the execution of the November 9 and 10, 2021 search warrants.

38.     On January 5, 2023, your affiant interviewed investor AO.  AO called Lopez in October 2022, and Lopez told AO that the value of assets were more than the appraisal. Lopez said the FBI confiscated everything and took 12 vaults. However, three vaults were not counted by the FBI because the FBI did not know about them. The three vaults not confiscated by the FBI had other client's funds.

39.     Your affiant reviewed documents from Route 66 and bank records that showed Lopez purchased 2,000 10-ounce silver bars on March 31, 2020, for $347,000.00 ticket number 8944 with client funds from Route 66.

40.     Your affiant reviewed documents from Route 66 that showed Lopez purchased 200 10 ounce silver bars from Route 66 for $58,916 ticket number 11665. The ticket from Route 66 was not dated. Your affiant reviewed Lopez's bank account DBA PMMCO which showed a check for $58,916 to ABC with memo line #11655 dated August 6, 2020.  In November 2021, the FBI recovered only 49 various mint 10 Troy ounce silver bars during the execution of warrants. Your affiant and other agents interviewed Route 66 employees on multiple occasions since the end of 2021. During an interview on April 28, 2023, the Route 66 employee stated Lopez sold 10-ounce Mason Mint silver bars to Route 66. The employee said the bars matched the mint and type sold

to Lopez "back in the day;" however, the employee could not be certain they were the same bars, because the bars were not serialized

41.     Your affiant and others involved in the investigation reviewed documents from Route 66. The documents showed that, since November 9 and 10, 2021, search warrants, Lopez sold approximately 411 10-ounce silver bars to Route 66 in exchange for United States Currency on the following dates and quantities:

| Invoice Date | Invoice | Quantity | Total (USD) |
|---|---|---|---|
| 7/12/2022 | 5281 | 35 | $ 6,954.50 |
| 9/30/2022 | 6151 | 20 | $ 3,794.00 |
| 10/3/2022 | 6182 | 20 | $ 4,134.00 |
| 10/5/2022 | 6201 | 100 | $ 21,650.00 |
| 11/3/2022 | 6528 | 40 | $ 8,120.00 |
| 12/8/2022 | 6812 | 17 | $ 3,910.00 |
| 12/9/2022 | 6819 | 24 | $ 5,544.00 |
| 2/27/2023 | 7547 | 25 | $ 5,062.50 |
| 3/4/2023 | 7603 | 24 | $ 5,040.00 |
| 3/18/2023 | 7816 | 20 | $ 4,450.00 |
| 3/31/2023 | 7964 | 20 | $ 4,800.00 |
| 5/2/2023 | 8356 | 10 | $ 2,600.00 |
| 5/16/2023 | 8521 | 6 | $ 1,440.00 |
| 5/19/2023 | 8562 | 40 | $ 9,600.00 |
| 6/17/2023 | 9205 | 10 | $ 2,400.00 |
| | | *total* | $ 89,499.00 |

42.     On August 17, 2023, your affiant interviewed a Route 66 employee. The employee stated that on August 16, 2023, John Lopez sold 12 10-ounce silver bars to Route 66 at approximately $220 piece. Lopez received approximately $2,640 in cash when he sold the 10 ounce silver bars.

43.     Based on the foregoing, I submit that there are approximately 1,728 10-ounce silver bars that Lopez purchased before the search warrants with client funds that are unaccounted for.

<u>Precious Metal Purchases by Lopez post search warrant and indictment</u>

44. Subsequent to the search warrants executed on November 9 and 10, 2021, Lopez began representing to some investors that Lopez would purchase precious metals with their investment. Lopez also sent a March 2022 commentary email, attached as Exhibit 6, which says, "…some time ago we made a major move into gold and silver…". As discussed above, starting in 2014 and throughout the time under investigation, Lopez predominately bought precious metals with investors' money.

45. Your affiant reviewed documentation and information from Route 66, subsequent to the November 9 and 10, 2021 search warrants executed by the FBI, Lopez purchased approximately $3,146,458.84 of precious metals and coins from Route 66. Lopez spent an additional $321,950.00 at Route 66, but Route 66 documentation did not specify what Lopez purchased.

46. Subsequent to the December 20, 2022, indictment Lopez purchased at least approximately $115,100.00 of precious metals and coins.

47. In October 2022, your affiant interviewed Avina, John Lopez's former office manager who worked at PMMCO's office until October 2022. Avina stated she did not know where Lopez stored the additional precious metals he purchased after the November 9 and 10, 2021, search warrants.

48. According to two investors, Lopez told them that their precious metals were in storage in Phoenix.

49. Your affiant and other agents reviewed documents from Route 66. Below are the invoice dates after January 1, 2023, that Lopez purchased precious metals from Route 66:



| Invoice Date |
|---|
| 1/6/2023 |

| |
|---|
| 1/27/2023 |
| 3/13/2023 |
| 3/27/2023 |
| 4/5/2023 |
| 4/15/2023 |
| 4/24/2023 |
| 5/2/2023 |
| 5/26/2023 |
| 6/10/2023 |
| 6/23/2023 |

Sale of precious metals by Lopez since the search warrant execution

50.     Your affiant and other agents reviewed documents from Route 66. Below are the invoice dates after January 1, 2023, that Lopez sold precious metals to Route 66:

| Invoice Date |
|---|
| 2/27/2023 |
| 3/4/2023 |
| 3/18/2023 |
| 3/31/2023 |
| 5/2/2023 |
| 5/16/2023 |
| 5/19/2023 |
| 6/17/2023 |

Cell Phone Location Data Information

51.     In my training and experience and discussion with FBI Special Agent Sean Macmanus, a Cellular Analysis Survey Team Agent, I have learned that Verizon is a company that provides cellular telephone access to the general public.  Your affiant also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records."  Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of

the towers) to which the telephone connected.  These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas.  Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

52.     Based on my training and experience and discussion with FBI Special Agent Sean Macmanus, a Cellular Analysis Survey Team Agent, Your affiant knows that Verizon can collect cell-site data about the SUBJECT PHONE.  Your affiant also know that wireless providers such as Verizon typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal course of business in order to use this information for various business-related purposes.  Your affiant sent a preservation letter to Verizon on July 6, 2023, and August 18, 2023, for cellular telephone number (408) 203-9104, a number connect with the SUBJECT PHONE.

53.     Based on my training and experience and discussion with FBI Special Agent Sean Macmanus, a Cellular Analysis Survey Team Agent, your affiant knows that Verizon also collects per-call measurement data, which Verizon also refers to as the "real-time tool" ("RTT").  RTT data estimates the approximate distance of the cellular device from a cellular tower based on the speed with which signals travel between the device and the tower.  This information can be used to estimate an approximate location range that is more precise than typical cell-site data.

54.     Based on my training and experience and discussion with FBI Special Agent Sean Macmanus, a Cellular Analysis Survey Team Agent, your affiant knows that wireless providers such as Verizon typically collect and retain information about their subscribers in their normal

course of business.  This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service.  Your affiant also knows that wireless providers such as Verizon typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business.  In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the SUBJECT PHONE's user or users and may assist in the identification of co-conspirators and/or victims.

## AUTHORIZATION REQUEST

55.     Based on the foregoing, your affiant requests that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

56.     Your affiant further requests that the Court direct Verizon to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control.  Because the warrant will be served on Verizon, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## SEALING

60.     Your affiant further requests that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.  These documents discuss an aspect of the criminal investigation that is neither public nor known to all of the targets of the investigation.  Though Lopez is aware of the pending charges against him, alerting Lopez to this aspect of the investigation may lead to him changing his behavior and/or

moving the fruits of his scheme.   Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, notify confederates, and flee from prosecution.

## SUMMARY

61.     In summation, I submit there is probable cause to believe historical cell site location data will provide probable locations of evidence or fruits of Lopez's scheme, including precious metals. Based on open search records, emails Lopez has sent to investors, and prior calls made to Lopez I submit there is probable cause to believe Lopez's cell phone number is 408-203-9104, a number connected with the SUBJECT PHONE.

62.     Based on the aforementioned facts, your affiant submits there is probable cause to believe that Lopez continued to solicit new investors, provide false statements to investors, and sell silver bars bought with investors' funds.

63.     Your affiant believes the FBI did not locate more than 2,000 Mason Mint silver bars during the execution of search warrants in November 2021. Based on the recent sales to Route 66, Lopez may still be in possession of approximately 1,728 silver bars purchased with fraud proceeds. I submit by obtaining historical location data of Lopez's cell phone in a 72-hour period encompassing each invoice date documented above and the recent August 16, 2023, sale reported by a Route 66 employee, agents will be able to compile frequently visited locations, examine Lopez's travel before and after purchase and sales of precious metals, corroborate or eliminate the likelihood of a storage site in Phoenix Arizona, and generally further the investigation of the fraud scheme.

## CONCLUSION

64. Based on the foregoing, your affiant requests that the Court issue the proposed search warrant. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).  Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

65. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

66. AUSA Frederick Mendenhall has reviewed and approved this affidavit.

Respectfully submitted,

Grant D. Nixon, Special Agent
Federal Bureau of Investigation

Electronically submitted and telephonically sworn on August _31_, 2023:

UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with cellular telephones using

TELEPHONE NUMBER 408-203-9104 ("Subject Telephone"), that is stored at premises

owned, maintained, controlled, or operated by Verizon, a wireless provider headquartered at 180

Washington Valley Road, Bedminster, New Jersey 07921.

## ATTACHMENT B

### Particular Things to be Seized

I.      **Information to be Disclosed by Verizon**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Verizon, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for these date ranges:

January 5, 2023 – January 7, 2023

January 26, 2023 – January 28, 2023

February 26, 2023 – February 28, 2023

March 3, 2023 – March 5, 2023

March 12, 2023 – March 14, 2023

March 17, 2023 – March 19, 2023

March 26, 2023- March 28, 2023

March 30, 2023 – April 1, 2023

April 4, 2023 – April 6, 2023

April 14, 2023 – April 16, 2023

April 23, 2023 – April 25, 2023

May 1, 2023 – May 3, 2023

May 15, 2023 – May 20, 2023

May 25, 2023 – May 27, 2023

June 9, 2023 – June 11, 2023

June 16, 2023 – June 18, 2023

June 22, 2023 – June 24, 2023

August 15, 2023 – August 17, 2023

a.  The following information about the customers or subscribers of the Account:

  i.  Names (including subscriber names, user names, and screen names);

  ii.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

  iii.  Local and long distance telephone connection records;

  iv.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

  v.  Length of service (including start date) and types of service utilized;

  vi.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

  vii.  Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

  viii.  Means and source of payment for such service (including any credit card or bank account number) and billing records.

b.  All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

  i.  the date and time of the communication, the method of the communication, and the source and destination of the communication

(such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

ii.   information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received as well as per-call measurement data (also known as the "real-time tool" or "RTT" data).

## II.   Information to be Seized by the Government

All information described above in Section I that constitutes evidence or fruits of violations of 18 U.S.C. §§ 1341, 1343 and 1957 involving John Lopez during the periods described above in §B.I.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.

### *Personal Money Management Co.*
## Client Account Agreement

For more than 30 years, Personal Money Management Co. has offered a variety of quality financial and investment products and services. As a result of our previous success, we are pleased to offer the following financial products to our clients. Please check one or more financial products or service you are interested in below:

**Please note:** At the present time the stock and bond markets are experiencing slow-motion market crashes and the value of the US Dollar continues to decline because of rising inflation. In light of this situation, we are purchasing American Silver Eagle coins for all the investments we offer. In this way, client's money will be protected from market losses and the purchasing power of their money will be preserved.

- ☐ **A 1-Year 'Certificate of Deposit' with a Guaranteed 10% Yield** – Ideal for conservative investors or investors who are uncomfortable with market volatility. Investing in stocks generating dividends, bonds, and/or precious metals are typically what this investment is made up of.

- ☐ **The Stable Growth and Income Strategy investment** - This investment seeks to provide a relatively steady annual return of **10% plus** using a conservative mix of stocks and bonds and possibly precious metals. This investment is very similar in structure to Target Date Retirement Funds offered by several large financial institutions in that it starts out as a fixed mix of stocks and bonds. This investment is ideal for conservative investors or for the investor near or in retirement.

- ☐ **The 'Fair-Weather' Strategy investment -** This investment seeks to benefit from the stock market gains when the stock market is trending up. When the uptrend has ended or has been broken, a shift into US Treasury debt of varying maturity occurs and precious metals. When the stock market upward trend resumes, a shift out of US Treasury debt or precious metals and back into the stock market occurs. This option is usually chosen by investors with a moderate risk profile or for use in retirement accounts. This option offers the stability and peace of mind of a 1-Year CD with the potential capital gains of an investment account.

- ☐ **The 'All Weather' Strategy investment -** This investment is usually chosen by investors with an aggressive or high-risk profile. This strategy seeks to benefit from the stock market volatility whether the stock market is rising or declining. Precious metals may also figure into this investment strategy. This investment fund has steadily gained in value over its date of inception consistently beating most US stock market indexes by a substantial margin. Like the stock market itself, the year-over-year returns may vary substantially when compared to the 'Certificate of Deposit' option which offers a guaranteed **10%** yield. It is important to keep in mind that there is greater potential of significant returns with this option, but it is accompanied by higher, above-average risks as well.

## Retirement Programs

- ☐ **A 1-Year 'Certificate of Deposit' with a Guaranteed 10% Yield** – Ideal for conservative investors or investors who are uncomfortable with market volatility. **A 'Flexible' 1-Year Certificate of Deposit with a Guaranteed 10% Yield** is also available to Seniors who need the interest distributed to them on a periodic basis.

- ☐ **A Guaranteed Monthly Benefit option** – Also available for those who are near retirement is an investment option which offers a guaranteed annual pension-like benefit regardless of how volatile the stock market may be. This option is usually chosen by investors with a low risk profile or for use

GOVERNMENT EXHIBIT

1

in retirement accounts. This option offers the stability and peace of mind of a guaranteed annual benefit accruing from the potential capital gains of an investment account.

## Summary of Terms and Conditions and Acknowledgements

*The 'Certificate of Deposit' investment option acknowledgement is as follows:*

- This financial product which involves a guaranteed yield is secured by the underlying assets which have been purchased with the monies paid or invested.
- The *Guarantee* option on these products shall become in force on the day that the monies are tendered and this client agreement is signed, and will run for a period of at least one (1) year unless adjusted to a calendar year period.
- Any principal withdrawn prior to the maturity date shall only earn the reduced annual rate of interest of 1.0% per annum. The remaining monies in the 'Certificate of Deposit' shall continue to receive the 10% per annum interest rate.
- Upon the annual maturity date of this *Guaranteed* account, client has the option to renew this guarantee for a period not less than one (1) additional year.
- The fee associated with this *Guaranteed* financial account is limited to no more than $100 per calendar year.

*The Stable Growth and Income investment , The 'Fair-Weather' Strategy investment, and The 'All-Weather' investment option acknowledgements are as follows:*

- These investments have no restrictions regarding mandatory holding periods, and no fees outside of the investment fund itself other than management fees.

  - The management fee for *The Stable Growth and Income investment* is **.5%** per year or a minimum of $120. The normal transaction costs are covered within the fund itself.

  - The management fee for *The 'Fair-Weather' Strategy investment account* is **.5%** per year or a minimum of $120. The normal transaction costs are covered within the fund itself.

  - The management fee for *The 'All-Weather' Strategy investment account* is **.5%** per year or a minimum of $120. The normal transaction costs are covered within the fund itself.

By signing this Account Agreement, you acknowledge that you have received and read a copy of the attached Application Agreement. You acknowledge that your signature signifies and constitutes your agreement that this account and your relationship with PMMCo. will be governed by the Application Agreement including, but not limited to, the PMMCo. Account Agreement. You understand there may be fees associated with establishing, maintaining, engaging in transactions in, and transferring assets out of this account.

You also acknowledge that the securities or investments products purchased or sold in a transaction with PMMCo. (i) are not insured by the Federal deposit Insurance Corporation (FDIC); (ii) are not deposits or other obligations of PMMCo.; are not guaranteed by PMMCo's assets.; and (iii) are subject to investment risks, including possible loss of the principal invested.

This document represents the totality of the Client Account Agreement and its terms and conditions. No other warranties expressed or implied shall apply unless included in this contract herein.

**Type of Account: Circle one below**

1) Individual Taxable Account      2) Joint Taxable Account (JTWROS)      3) Trust Account

4) Traditional IRA Account      5) Roth IRA Account

6) Custodial Account      7) Custody Account

--------------------------------------------------------------------------      ----------------
Client Signature and Printed Name                     Date

--------------------------------------------------------------------------      ----------------
Client Signature and Printed Name                     Date

# Personal Money Management Co.
## Account Application Agreement
## (Applicable to The Stable Growth and Income Fund, The 'Fair-Weather' Strategy investment fund, and The 'All-Weather' Strategy investment fund)

- This agreement relates to your account and is part of the Account Agreement between each account holder and Personal Money Management Co. ("PMMCo.").

- Please read and retain for your files.

- You do not need to return this agreement to Personal Money Management Co.

**Section 1: Scope of Agreement.** Your agreement with PMMCo. consists of the terms set forth in this Application Agreement and the terms set forth in the Personal Money Management Co. Account Agreement. The Personal Money Management Account Agreement is provided with this Application or at the opening of your account. You agree to contact PMMCo. if you do not receive the PMMCo. Account Agreement.
In addition, you may in the future receive from PMMCo. supplemental terms or disclosures that pertain to certain account types, service features and benefit packages. These supplemental terms and disclosures, this Application Agreement and the PMMCo. Account Agreement are collectively referred to as the "Agreement and Disclosures." You agree to read the Agreement and disclosures carefully and retain copies for your records.

**Section 2: Acceptance of Agreements and Disclosures.** You agree that the Agreement and disclosures govern all aspects of your relationship with PMMCo, including all transactions between PMMCo. and you and all products and services now or in the future offered through PMMCo. PMMCo may rely on your use of PMMCo.'s services as evidence of your continued acceptance of the Agreement and disclosures.

**Section 3: Your representations and Warranties.** You represent and warrant that: (a) you are of legal age in the state in which you live and you are authorized to enter into this Agreement; (b) you have supplied accurate information in your Account Application; (c) no one except the Account Holders listed on the Account Application (and if community property is held, the Account Holders' spouses) has an interest in the account; (d) no additional authorizations from third parties are required for you to open the account and effect transactions therein; (e) except as you have otherwise indicated on your Account Application or in writing to us, (i) you are not an employee of or affiliated with any securities exchange or member firm of any exchange, the Financial Industry Regulatory Authority (FINRA) or any securities firm, bank, trust company, or insurance company; and (ii) you are not a director, 10% beneficial shareholder,

policy–making officer, or otherwise an "affiliate" (as defined in Rule 144 under the Securities Act of 1933) of a publicly traded company; and (f) this Application Agreement, as amended from time to time, is a legal, valid and binding obligation, enforceable against you in accordance with its terms.

**Section 4: Account handling.** PMMCo. will automatically hold all of your investments purchased, sales proceeds, dividends and interest.

**Section 5: Responsibility for investment Decisions.** You agree that PMMCo. under a Power of Attorney or as your investment advisor, and yourself are jointly responsible for investment decisions in your account, including whether to buy or sell a particular security.

Unless required by law, or unless PMMCo. provides advice to you that is clearly identified as an individualized recommendation for you, you understand that PMMCo. and yourself jointly accept the obligation to determine whether a particular transaction, strategy, or purchase or sale of a security is suitable for you.

Your obligation includes an affirmative duty to monitor and stay informed about your account and your investments and respond to changes as you deem appropriate. Unless you otherwise disagree in writing, PMMCo. has discretionary authority or obligation to review or make recommendations for the investment of securities or cash in your account.

*Personal Money Management Co.*
*Attn. John Lopez*
*PO Box 31400*
*Flagstaff, AZ 86003-1400*

*AZ Office Phone: (928) 714-0473*
*Cell Phone: (408) 203-9104*

From: JPLopez <jplopez@starmail.com>
Date: 4/28/23 6:45 AM (GMT-07:00)
To:
Subject: Account Summaries September, 2022 thru March, 2023

Per your request, attached are account summaries for the three accounts that you have with my firm. The file is password-protected. The password is your last name and the last four digits of your SSN. It will look something like **martinez1234**

Let me know if you have any questions.

Thanks,
John

**Office Address:**
*Personal Money Management Co.*
*2677 East 7th Avenue, Suite 2*
*Flagstaff, AZ 86004*

**Mailing Address:**
*Personal Money Management Co.*
*PO Box 31400*
*Flagstaff, AZ 86003-1400*

*Office Phone: (928) 714-0473*
*Cell Phone: (408) 203-9104*

1

GOVERNMENT
EXHIBIT
2

## Rollover Traditional IRA - 1

| Date | Beginning Balance | Calculated Gain | Ending Balance |
|---|---|---|---|
| **August, 2022** | | | $ 456,236.24 |
| **September, 2022** | $ 456,236.24 | $ 8,148.38 | $ 464,384.62 |
| **October, 2022** | $ 464,384.62 | $ 12,454.80 | $ 476,839.42 |
| **November, 2022** | $ 476,839.42 | $ 25,153.28 | $ 501,992.70 |
| **December, 2022** | $ 501,992.70 | $ 562.23 | $ 502,554.93 |
| **January, 2023** | $ 502,554.93 | $ (5,141.14) | $ 497,413.79 |
| **February, 2023** | $ 497,413.79 | $ (36,614.63) | $ 460,799.16 |
| **March, 2023** | $ 460,799.16 | $ 55,655.32 | $ 516,454.48 |

## - Rollover Traditional IRA - 2

| Date | Beginning Balance | Calculated Gain | Ending Balance |
|---|---|---|---|
| August, 2022 | | | $ 50,253.69 |
| September, 2022 | $ 50,253.69 | $ 897.53 | $ 51,151.22 |
| October, 2022 | $ 51,151.22 | $ 1,371.88 | $ 52,523.09 |
| November, 2022 | $ 52,523.09 | $ 2,770.59 | $ 55,293.69 |
| December, 2022 | $ 55,293.69 | $ 61.93 | $ 55,355.62 |
| January, 2023 | $ 55,355.62 | $ (566.29) | $ 54,789.33 |
| February, 2023 | $ 54,789.33 | $ (4,033.04) | $ 50,756.29 |
| March, 2023 | $ 50,756.29 | $ 6,130.34 | $ 56,886.63 |

## · Rollover Roth IRA - 3

| Date | Beginning Balance | Calculated Gain | Ending Balance |
|------|-------------------|-----------------|----------------|
| August, 2022 | | | $ 24,716.27 |
| September, 2022 | $ 24,716.27 | $ 441.43 | $ 25,157.70 |
| October, 2022 | $ 25,157.70 | $ 674.73 | $ 25,832.43 |
| November, 2022 | $ 25,832.43 | $ 1,362.66 | $ 27,195.09 |
| December, 2022 | $ 27,195.09 | $ 30.46 | $ 27,225.55 |
| January, 2023 | $ 27,225.55 | $ (278.52) | $ 26,947.03 |
| February, 2023 | $ 26,947.03 | $ (1,983.57) | $ 24,963.46 |
| March, 2023 | $ 24,963.46 | $ 3,015.09 | $ 27,978.55 |

**From:** PMMCo. <pmmco@startmail.com>
**Sent:** Tuesday, January 24, 2023 4:20 PM
**To:**
**Subject:** December, 2022 Account Statement

Hello
Attached please find the PMMCo. investment account statement for December, 2022. The
file is encrypted with the same password used in previous emails.

Let me know if you have any questions.

Thanks,
Pat

**Office Address:**
*Personal Money Management Co.*
*2677 East 7th Avenue, Suite 2*
*Flagstaff, AZ 86004*

**Mailing Address:**
*Personal Money Management Co.*
*PO Box 31400*
*Flagstaff, AZ 86003-1400*

*Office Phone: (928) 714-0473*
*Cell Phone: (408) 203-9104*

1

GOVERNMENT
EXHIBIT
3

# MONTHLY STATEMENT

Date: December 31, 2022
Quarter Ending: December 31, 2022

Personal Money Management Co.
PO Box 31400
Flagstaff, CA 86003-1400
Office: 408.356.5107
Cell: 408.203.9104
Email: pmmco@startmail.com

CLIENT:

| ACCOUNT NO. | ACCOUNT NAME | | ACCOUNT TYPE | TAX STATUS | |
|---|---|---|---|---|---|
| 8880-4872-1 | | | 'All-Weather' Strategy Fund | Taxable | |
| DATE | DESCRIPTION | | DEPOSIT AMOUNT | ACCOUNT TOTAL | |
| 12/31/2016 | Deposit Total | | $ 200,000.00 | | |
| 12/01/2022 | Beginning investment account value | | | $ 4,508,120.80 | |
| 12/01/2022 | Withdrawal of funds and Issuance of Cashier's Check | | ($ 0.00) | ($ 0.00) | |
| 12/31/2022 | Dollar ($) Gain for December, 4th Quarter, 2022 | | | | |
| | Percentage (%) Gain for December, 4th Quarter, 2022: 0.1% | | | $ 5,049.10 | |
| 12/31/2022 | Total Net Asset Value of 'All-Weather' Strategy Fund Investment | | | $ 4,513,169.90 | |
| | * 2022 Performance Comparison * | | | | |
| | S & P 500 Index % Gain For 2022: -19.4% | | | | |
| | 'All-Weather' Strategy Fund % Gain For 2022: 30.3% | | | | |
| | Total Amount Withdrawn in 2022: $ 0.00 | | | | |
| | | | Subtotal | $ 4,513,169.90 | |
| | | | Other Fees | $ 1,739.86 | |
| | | | Account Total | $ 4,511,430.04 | |

THANK YOU FOR YOUR SUPPORT!

**Personal Money Management Co.**
**'All-Weather' Strategy Fund**
**Top Market Index / Sector / Company Holdings**
**by Month for 2023**

**1st Quarter, 2023**

| Market Index / Sector Position | As of 01-Jan-23 LONG / SHORT | As of 01-Feb-23 LONG / SHORT | As of 01-Mar-23 LONG / SHORT |
|---|---|---|---|
| S&P 500 Index ETF | LONG | | |
| New York Composite Index ETF | LONG | | |
| Russell 2000 Index ETF | LONG | | |
| Midcap 400 Index ETF | LONG | | |
| Nasdaq 100 Index ETF | LONG | | |
| Dow 30 Industrial Index ETF | LONG | | |
| Total Market Index ETF | LONG | | |
| 20+ Year Treasury Bond Fund ETF | NEUTRAL | | |
| Physical Silver Trust | LONG | | |
| Physical Gold Trust | LONG | | |
| Silver Mining Co. ETF | NEUTRAL | | |
| Gold Mining Co. ETF | NEUTRAL | | |
| US Oil ETF | NEUTRAL | | |
| Equity Bear ETF | NEUTRAL | | |

**Notes for 1st Quarter Positions:**
* Protective trailing stop orders are re-set after entry of new positions for a maximum
  equity loss limit of one percent on each position.
* * No assumptions should be made that beginning-of-month positions are always held for
  the entire month.

**From:** "JPLopez" <jplopez@startmail.com>
**To:** "JPLopez" <jplopez@startmail.com>
**Sent:** Tue, Jan 10, 2023 at 3:36 PM
**Subject:** December, 2022 Investment Performance Summary

Hello everyone,

Attached is the Investment Performance Summary for December, 2022 for your review since statements have been delayed.

As you can see in the table, the S&P 500 Index was down **5.9%** in December and **down 19.4%** for the whole year. All in all, it was a pretty bad year for the S&P 500 index and the stock market in general. The only recent bright spot for the S&P 500 Index is that it was up **7.1%** for the 4th quarter.

On the other hand, our investment performance for the month, quarter, and the year is quite different from the 2022 rollercoaster performance for the S&P 500. While we suffered a small loss for the month, the quarter and year totals turned out to be exceptional. Again, as I have explained to some clients, don't be surprised if you see a big move up in the value of American Silver Eagle coins and silver for that matter as inflation turns into hyperinflation in 2023.

Finally, although the stock market had another bounce in the month of November, December took it all back and more. This is the sort of stock market behavior that one would see in a slow-motion stock market crash

1

GOVERNMENT
EXHIBIT
4

which we are currently experiencing. I wouldn't be surprised if we see more up and down roller coaster behavior a bit longer.

The worst is yet to come and could show up later in January. The Federal Reserve is still raising interest rates but slowing down its money printing. However, this is causing the big banks a lot of trouble as they become more vulnerable and unstable. We've learned recently that the FDIC (Federal Deposit Insurance Corporation) met just before Christmas and have concluded that a major banking crisis is on its way, probably sometime in 2023. So government officials know, but no one is telling the American people to prepare. Not a surprise there.

Anyway, nothing has changed in my assessment that we are nowhere near the bottom of this slow-motion stock market crash that is occurring. When it has declined at least **50%** and probably more I will start looking for a bottom. Until then I figure this one is just a little slow in getting started. The year 2000 stock market crash was slow in getting started. Perhaps we are just seeing a replay of the year 2000 stock market crash.

Let me know if you have any questions.

Thanks,
John Lopez

***Office Address:***
*Personal Money Management Co.*
*2677 East 7th Avenue, Suite 2*
*Flagstaff, AZ 86004*

***Mailing Address:***
*Personal Money Management Co.*
*PO Box 31400*
*Flagstaff, AZ 86003-1400*

*Office Phone: (928) 714-0473*
*Cell Phone: (408) 203-9104*

**2022 Investment Summary Performance**
**American Silver Eagle Coin Purchase Option Only**
**Date: December 31, 2022**

| Date | S&P 500 Index | Actual Point Change | Actual % Gain or - % Loss | Risk Level - Conservative Stable Growth & Income Investment | Risk Level - Moderate 'Fair-Weather' Strategy Investment | Risk Level - Aggressive 'All-Weather' Strategy Investment |
|---|---|---|---|---|---|---|
| September, 2022 | 3,585.62 | (369.38) | -9.3% | 1.0% | 1.8% | 1.8% |
| October, 2022 | 3,871.98 | 286.36 | 8.0% | 1.0% | 2.7% | 2.7% |
| November, 2022 | 4,080.11 | 208.13 | 5.4% | 2.4% | 8.0% | 8.0% |
| December, 2022 | 3,839.50 | (240.61) | -5.9% | -0.2% | -0.7% | -0.7% |
| 3rd Quarter, 2022 | 3,585.62 | (199.76) | -5.3% | 2.3% | 4.6% | 4.6% |
| 4th Quarter, 2022 | 3,839.50 | 253.88 | 7.1% | 4.5% | 15.1% | 15.1% |
| December, 2022 Final | 3,839.50 | (926.68) | -19.4% | 6.9% | 20.1% | 20.1% |

From: JPLopez <jplopez@startmail.com>
Date: June 8, 2023 at 6:48:03 AM MDT
To: jplopez@startmail.com
Subject: PMMCo. Commentary - May, 2023 - A Disruptive Event

Case 1:23-mr-01707-JFR   Document 1   Filed 08/31/23   Page 39 of 45

# A Disruptive Event
# Thursday, June 8, 2023



It's a curious thing. I received a number of responses about last month's Emergency Commentary and the catastrophic triggers that I outlined. However, several of these responses expressed a level of skepticism that I'd not experienced before. As a result, I can't just let it go by without commenting on it. One reader went so far as to compare me to the 'Boy Who Cried Wolf'.

1



GOVERNMENT
EXHIBIT

5

Perhaps the reader didn't bother to read the 'Boy Who Cried Wolf' story all the way to the end. If he had, he would have realized that it does not have a happy ending for either the sheep or the villagers. Yes, the boy who cried wolf got his jollies in scaring the townspeople, but eventually the wolf **did come,** and many sheep were killed along with a number of townspeople.

So, what's the moral of the story again? Have you figured it out yet?

So, call me the 'Boy Who Cried Wolf' if you must, but then again you would have to say this about the Department of Homeland Security, State and Local Health Departments, the Department of the Navy in the Pentagon, the Sergeant-At-Arms of the US Senate, Microsoft Corporation, and unnamed officials in the Biden Administration. Perhaps you might even want to include the US Secret Service.

Why would I say this? Below is a bullet list of events which report what the above government agencies announced directly or indirectly during the week before the long Memorial Day weekend. Did you miss it? Not surprising. It was not reported by the mainstream media.

- During the week just before the Memorial Day weekend, the Sergeant-At-Arms of the US Senate quietly announced that it was **highly likely** that a "**man-made disruptive event**" could occur "very soon". As a consequence, the Sergeant-At-Arms offered to 50 US Senators encrypted satellite phones so that they could keep in communication with emergency management agencies. Based on the intelligence provided, the speculation is that the '**disruptive event**' could take out most if not all of the nation's communications - land lines, cell phones, and the internet nationwide.

- During the week just before the Memorial Day weekend, state and local health departments were advised by the Department of Homeland Security to notify hospitals, prisons, and other institutions to stock up on food, water, and other provisions for at least **10 days.** According to the notification, a break in the 'supply-chain' could be expected in the event of a '**disruptive event**' occurring soon.

- During the week just before the Memorial Day weekend, a dry run of the '**Continuity of Government Protocol**' was initiated. The President, the Vice President, the Speaker of the House, and US Senate Major Leader

and all of their families were to be shuttled to an undisclosed bunker location in the mountains of Virginia by Saturday, May 27th. According to the announcement, the purpose of the dry run exercise was so that everyone could become familiar not only with the emergency transport procedures and schedule but also set up family accommodations in advance within the bunkers in preparation for a '**disruptive event**' occurring.

- During the week just before the Memorial Day weekend, Microsoft Corporation announced that there had been a computer breach of US infrastructure computer servers by Chinese hackers. Microsoft admitted that a '**disruptive event**' could occur very soon as a result. The nation's communication networks could experience an extended outage, and the electrical power grid could go down unexpectedly and for an unknown length of time.

- During the week just before the Memorial Day weekend, the Department of the Navy at the Pentagon announced that Chinese hackers had broken into its computer networks probably seeking information about US plans to defend Taiwan in case of an attack by China. Navy spokesman was uncertain if a '**disruptive event**' would occur in the US plans to protect Taiwan despite the fact that the US just announced that the 'nuclear umbrella' had just been extended over Taiwan.

Does it seem odd that all of these agencies and Microsoft Corporation keep using the same term, '**disruptive event**'? It is as if they are all reading from the same script or were given the same talking points to repeat. Hmmm..... What do you think the government is really trying to tell us?

Moving on, let's re-visit and provide an update on some of the Catastrophic Triggers mentioned in Emergency Commentary. To quickly summarize, most are still in the process of manifesting, although one has the appearance of having been resolved.

More specifically, despite the fact that the debt ceiling issue appears to be resolved, nothing could be further from the truth. According to the Congressional Budget Office, the fake debt ceiling agreement actually allows for the debt ceiling to rise to $50 Trillion by the year 2030 from its current $31.4 Trillion. Why? The debt ceiling agreement allowed the debt ceiling to be suspended. So, in effect there is no longer a real debt ceiling. The so-called

negotiations were all just theater with lots of 'smoke and mirrors'. Welcome to Venezuela!

With regard to Taiwan and Ukraine, the potential nuclear conflict between China and the US over China's planned invasion of Taiwan is growing hotter. The Pentagon spokesman has reported that for the last four (4) weeks, China has refused all US attempts to re-establish communications with China's military counterparts in order to "de-fuse any misunderstandings between the two superpowers."

The Ukraine and Russia conflict is inching closer to the first use of tactical nuclear weapons. The US has approved the use of F-16 fighter jets that are outfitted so that nuclear bombs can be mounted for an attack on Russia. Russia has stated that as soon as they see these F-16s in Ukraine they will likely initiate a nuclear first strike on 'decision-centers' not only in Ukraine and but also those countries that supplied Ukraine with the F-16 fighter jets. This of course could be the start of World War III.

By now you are probably asking yourself what does '**disruptive event**' really mean. Based on the way that government officials are using the term, it could be a 9/11 sized event or even larger that's coming given the extreme language of the notice and preparations that government agencies are making. Of course, for you and me, it probably means that the banks and credit unions would close trapping your money inside. So would grocery stores and gas stations especially if the nation's electrical power grid goes down causing widespread blackouts.

**Finally, because of the marginally slower pace of war preparations by the three world powers and numerous warnings by various government agencies, the 'disruptive/catastrophic event' window has been widened slightly from <u>June 15th till the July 4th holiday weekend</u> to adjust for the late arriving warnings.**

Thanks for taking the time to read this commentary. I pray that you've taken the time to make some preparations. The possibility that 'something big' is coming is becoming real and getting confirmed with each passing day as we move closer and closer to the actual event.

Let me know if you have any questions.

Thanks,
John Lopez

***Office Address:***
*Personal Money Management Co.*
*2677 East 7th Avenue, Suite 2*
*Flagstaff, AZ 86004*

***Mailing Address:***
*Personal Money Management Co.*
*PO Box 31400*
*Flagstaff, AZ 86003-1400*

*Office Phone: (928) 714-0473*
*Cell Phone: (408) 203-9104*

**From:** JPLopez <jplopez@startmail.com>
**To:** JPLopez <jplopez@startmail.com>
**Date:** Thursday, 17 March 2022 6:48 PM MDT
**Subject:** March Commentary Follow Up

Hello everyone,

I received a number of calls from clients about my March Commentary. Many of those calls were inquiries about the move of their nest egg out of harm's way. They wanted to know what investment/asset would be safe when the US Dollar dies and the stock market crashes and burns.

The answer is precious metals, more specifically physical gold and silver. While the purchase of gold and silver has been employed in the past as part of an investment strategy, we are no longer talking about investment strategies. With the destruction of the US Dollar right around the corner, sometime ago we made a major move into gold and silver. This is less a shift of investment strategy and more a shift to an survival strategy.

People can see the disintegration of the US Dollar everywhere now with the rapidly rising inflation. Gasoline is on track to hit $10 a gallon by the end of the year. According to the government's own manipulated figures, the Consumer Price Index rose **8%** and the Producer Price Index rose **10%** from the same time last year. Independent reports of the Consumer Price Index as well as the Producer Price Index put the inflation rate at more than double what the government is officially reporting.

In my view, the only protection from this raging inflation and the dollar's decline in value is precious metals. It allowed people with precious metals in Argentina and Venezuela to survive. Most of the people who didn't have precious metals lost everything. I do not want this to happen to you.

Time is short. Perhaps we have a few months before we can expect to see a major crisis in the US Dollar and the financial system leading to a monumental crash. A taste of this happened in 2008 and look what happened to the stock market. I wouldn't be surprised if many banks close or you can't access the money in your accounts anymore.



1



GOVERNMENT EXHIBIT

6

Thanks for your time.

Let me know if you have any questions.

John Lopez

**Office Address:**
Personal Money Management Co.
2677 East 7th Avenue, Suite 2
Flagstaff, AZ 86004

**Mailing Address:**
Personal Money Management Co.
PO Box 31400
Flagstaff, AZ 86003-1400

Office Phone: (928) 714-0473
Cell Phone: (408) 203-9104